JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHN ROMO,<br><br>                    Plaintiff,<br><br>       vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 1:21-cv-01587-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from  July 1, 2022 to August 1, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over three months, Counsel

1

1  continues to work short periods throughout the day with significant breaks throughout.  Counsel
2  continues to attend physical therapy four days a week.
3      Additionally, for the weeks of June 27, 2022 and July 5, 2022, Counsel for Plaintiff has
4  17  merit briefs, and several letter briefs and reply briefs.  For the remainder of the month of July
5  2022, there are 28 additional merit briefs currently scheduled.
6      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant
7  and Court for any inconvenience this may cause.

                                 Respectfully submitted,

Dated: June 27, 2022  PENA & BROMBERG, ATTORNEYS AT LAW


                              By: */s/ Jonathan Omar Pena*
                                 JONATHAN OMAR PENA
                                 Attorneys for Plaintiff


Dated: June 27, 2022         PHILLIP A. TALBERT
                                 United States Attorney
                                 PETER K. THOMPSON
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration


                              By:  */s/ Margaret Lehrkind*
                                 Margaret Lehrkind
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant
                                 (*As authorized by email on June 27, 2022)

**ORDER**

Based on the above stipulation (ECF No. 13), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than August 1, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **June 28, 2022**                           /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE