PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES JOHN ROMO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 1:21-cv-01587-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 16) |

    IT IS HEREBY STIPULATED, by and between James John Romo (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of sixty (60) days to file a Response to Plaintiff's Opening Brief. This is Defendant's first request for an extension on her Response to Plaintiff's Opening Brief. The current due date is September

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

15, 2022. The new date will be November 14, 2022. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her very full briefing schedule. Defendant's counsel has eighty-one other active cases in various stages of litigation, and 18 responsive briefs due in the next 30 days. Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay. Defendant's counsel contacted Plaintiff's counsel on September 2, 2022, and he had no objection to this request.

                                                        Respectfully submitted,

DATE: September 2, 2022          */s/ Jonathan Omar Pena*
                                          JONATHAN OMAR PENA
                                          Attorney for Plaintiff
                                          (as approved via email)

                                          PHILLIP A. TALBERT
                                          United States Attorney

DATE: September 2, 2022        By   *s/ Margaret Lehrkind*
                                          MARGARET LEHRKIND
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

# **ORDER**

Based on the above stipulation (ECF No. 16), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's opening brief no later than November 14, 2022. All other deadlines in the Court's scheduling order are extended.

IT IS SO ORDERED.

Dated:  **September 6, 2022**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

3