PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JAMES JOHN ROMO, | Case No.: 1:21-cv-01587-EPG |
| Plaintiff, | STIPULATION TO REMAND AND ORDER |
| vs. | (ECF No. 18) |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 9th day of November, 2022.

Dated:  November 10, 2022        /s/ *Jonathan O. Peña*
                                                              JONATHAN O. PEÑA
                                                              Attorney for Plaintiff
                                                              (as approved via email)

Dated:  November 10, 2022        PHILLIP A. TALBERT
                                                               United States Attorney

                                          By:    /s/ *Margaret Lehrkind*
                                                          MARGARET LEHRKIND
                                                          Special Assistant United States Attorney

                                                          Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 18), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  **November 10, 2022**          /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE